IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, # 173816, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-519-ID |
| ) | [WO] |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED. The complaint under 42 U.S.C. § 1983 is DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). A separate judgment shall issue.

Done this 31st day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE